EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ROSS C. MOODY, State Bar No. 142541
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1376
  Fax:  (415) 703-1234
  Email:  Ross.Moody@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALTON KING,** | C 07-2936 SI (PR) |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

Respondent Laurie Smith, Sheriff, provides the following answer to the order to show cause why the petition should not be granted.

**I.**

**CUSTODY**

Petitioner, Alton King ("petitioner"), is lawfully in the "custody" of Derral Adams, Warden,[1] within the meaning of the federal habeas corpus statute, 28 U.S.C. §§ 2241(c)(3) and

---

1. Petitioner erroneously named Laurie Smith, the Sheriff of Santa Clara County, as the respondent. Petitioner is presently incarcerated at the California Substance Abuse Treatment Facility at California State Prison at Corcoran. He is required to name "the person who has custody

2254(d), pursuant to a valid judgment of the Santa Clara County Superior Court entered in *The People of the State of California v. Alton King*, case number BB151848. Petitioner was convicted of nine counts of child molestation and was sentenced to a total term of 14 years and 8 months in state prison. The California Court of Appeal affirmed his conviction and sentence. Exhibit 6. His petition for review was denied by the California Supreme Court, as was his petition for writ of habeas corpus. Exhibits 8, 10.

## II.

## PROCEDURAL ISSUES

Petitioner has exhausted his available state remedies as to the two claims presented in the order to show cause. These claims were raised in the petition for review and habeas petition filed in the California Supreme Court.

The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## III.

## DENIAL OF CLAIMS

Respondent denies that petitioner suffered any deprivation of constitutional rights supporting habeas corpus relief. Specifically, respondent denies that (1) there was insufficient evidence to support the convictions for Counts 1, 6, 12 and 15; and (2) his 8-year upper term sentence on Count 1 plus his consecutive sentences on counts 3, 4, 5, 6, 10, 19 and 20 violated his Sixth Amendment right to a jury trial.

## TRANSCRIPTS AND RECORDS

Copies of petitioner's briefs on appeal, petition for writ of habeas corpus and petition for review before the California Supreme Court are hereby lodged with this Court, together with copies of the Clerk's Transcript, and Reporter's Transcripts which contain copies of all relevant documents and hearing transcripts. So far as respondent is aware, all relevant reported proceedings of

---

over him," 28 U.S.C. § 2242, which should be the person with "immediate custody" over the detainee. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). We hereby request that the court substitute Derral Adams, Warden, as respondent in this case. 28 U.S.C. § 2242.

petitioner's state trial have been transcribed. Rule 5, Rules Governing Section 2254 Cases.

**V.**

**INCORPORATION BY REFERENCE**

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

**CONCLUSION**

WHEREFORE, respondent respectfully requests that the petition for writ of habeas corpus be denied.

Dated: October 3, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Ross C. Moody

ROSS C. MOODY
Deputy Attorney General
Attorneys for Respondent

20106566.wpd
SF2007401982

Answer To Petition For Writ Of Habeas Corpus

*King v. Adams*
C 07-2936 SI (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Alton King v. Derral Adams, Warden**

No.:     **C 07-2936 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 3, 2007, I served the attached **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Alton King
T-83180
Substance Abuse Treatment Facility - SATF
P. O. Box 7100
Corcoran, CA  93212


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 3, 2007, at San Francisco, California.

|  Nelly Guerrero  |  /s/  Nelly Guerrero  |
|:---:|:---:|
| Declarant | Signature |

20106933.wpd