1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ROSS C. MOODY, State Bar No. 142541
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-1376
     Fax:  (415) 703-1234
8    Email:  Ross.Moody@doj.ca.gov

9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 13 **ALTON KING,** | C 07-2936 SI (PR) |
| 14                          Petitioner, | **NOTICE OF LODGING OF,** |
| 15          v. | **AND INDEX TO, EXHIBITS** |
| 16 **DERRAL ADAMS, Warden,** | |
| 17                          Respondent. | |

19

20         Respondent hereby submits the following exhibits in connection with the Answer to the

21  Petition for Writ of Habeas Corpus in the above cause of action:

22       Exhibit           Description

23         1              Clerk's Transcript, H025782 (4 volumes)

24         2              Reporter's Transcript, H025782 (10 volumes)

25         3              Appellant's Opening Brief, H025782

26         4              Respondent's Brief, H025782

27         5              Appellant's Reply Brief, H025782

28         6              Opinion, California Court of Appeal, February 23, 2004, H025782

| | | |
|---|---|---|
| 1 | 7 | Petition for Review, S123656 |
| 2 | 8 | Order denying Review, S123656, April 28, 2004 |
| 3 | 9 | Petition for Writ of Habeas Corpus |
| 4 | 10 | Order denying Petition for Writ of Habeas Corpus |

Dated:  October 3, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


ROSS C. MOODY
Deputy Attorney General
Attorneys for Respondent

20106215.wpd
SF2007401982