Albert King
PFN #CDM486
885 N. San Pedro Street
San Jose, CA 95110

October 23, 2007

Case Number: C07-2936 SI (PR)

Hon. Susan Illston
U.S. DISTRICT COURT
450 GOLDEN GATE AVENUE
San Francisco, CA 94102

Hon. Susan Illston;

On friday October 19, 2007, at approximately 9:45 A.M., I called Attorney Matthew H. Wilson, I was concerned because I have not heard a response from the Attorney General office, which was due on or before October 05, 2007.

Mr. Wilson called the Attorney General office and spoke with Ross Moody, who confirmed that he send my copy to the wrong address. It was address and send to Derral Adams, Warden, at Corcoran State Prison. My current address was clearly stated on my writ of Habeas Corpus. My Respondent was Laurie Smith, not Warden Derral Adams.

(1)

However, he apologize for his mistake.

My reason for writing this letter, is to request that the Court will extend my deadline to prepare my Traverse with the Court by November 09, 2007.

Upon receipt of my copy from the Attorney General, I will review it and respond in a timely manner. I am asking the Court to please grant me a thirty (30) days extention, due to the delay by the Attorney General.

Thank you!

Sincerely,

*(signature)*

ALTON KING
CDM486

(2)