UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON KING, | No. C 07-2936 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINE FOR TRAVERSE** |
|     v. | |
| LAURIE SMITH, Sheriff, | |
|     Respondent. | |

    Petitioner filed an <u>ex parte</u> request for an extension of time to file his traverse in support of his petition for writ of habeas corpus. Upon due consideration, the court GRANTS petitioner's request. Petitioner must file and serve his traverse no later than **December 7, 2007**.

    Petitioner stated in his request that he had not received a copy of respondent's answer to the petition and supporting memorandum of points and authorities because they were sent to the wrong address. If he has not done so yet, respondent's counsel must within **five days** of the date of this order, mail a copy of his answer and supporting memorandum to petitioner at the Santa Clara County Jail: Alton King, PFN # CDM486, 885 N. San Pedro Street, San Jose, CA 95110.

    IT IS SO ORDERED.

DATED: October 31, 2007

                                              SUSAN ILLSTON
                                              United States District Judge