UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTON KING,

    Petitioner,

v.

DERRAL ADAMS, Warden,

    Respondent.
                           /

No. C 07-2936 SI (pr)

**JUDGMENT**

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 25, 2009

                                       SUSAN ILLSTON
                            United States District Judge