1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    ALTON KING,                                No. C 07-2936 SI (pr)

9            Petitioner,                        **ORDER AMENDING EARLIER**
                                                **ORDER AND DENYING**
10        v.                                    **CERTIFICATE OF APPEALABILITY**

11   DERRAL ADAMS, Warden,

12           Respondent.
                                          /
13

14       The Order Denying Petition For Writ Of Habeas Corpus contains a typographical error

15   in the last line of text in footnote 2 at the bottom of page 7, as it incorrectly states the victim

16   "was 14 when the count 1 event occurred" rather than "was under 14 when the count 1 event

17   occurred."  The Order Denying Petition For Writ Of Habeas Corpus is now amended to delete

18   the last sentence of text in footnote 2 on page 7 and replace it with the following text: "The trial

19   judge's very next comment was that he believed Jordan was at the Kings' home before he turned

20   14, and was under 14 when the count 1 event occurred.  RT 1161-62.  See also RT 1163 ('that

21   at that time when that occurred the victim was 13'.)"

22       Petitioner filed a notice of appeal, which the court construes to also be a request for a

23   certificate of appealability.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  The certificate of

24   appealability is DENIED because petitioner has not made "a substantial showing of the denial

25   of a constitutional right."  28 U.S.C. § 2253(c)(2).  That is, he has not demonstrated that

26   "reasonable jurists would find the district court's assessment of the constitutional claims

27   debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

28

**United States District Court**
For the Northern District of California

1    The clerk shall forward to the court of appeals the case file with this order.  See United

2  States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

3    IT IS SO ORDERED.

4  DATED: April 8, 2009

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California